James M. Duncan, Plaintiff in Error, vs. Lewis Strick-
land and B. F. Strickland, partners doing business
under the firm name of L. & B. F. Strickland, De-
fendants in Error.

Writ of Error to Circuit Court Hamilton county.

*B. B. Blackwell*, for Plaintiff in Error.

*Johnson & Johnson*, for Defendants in Error.

This action was brought by the defendants in error
against the plaintiff in error. There was judgment for
the plaintiffs, and the defendant takes writ of error. The
judgment is affirmed.

Decision Per Curiam.

---

Franklin S. Dupuis and Luanna D. Dupuis, Appellants,
vs. Edward M. Buffum, Appellee.

Appeal from Circuit Court Marion county.

*Hugh E. Miller*, for Appellants.

No appearance for Appellee.

The bill in this cause was filed by the appellee
against the appellants. There was decree for the com-
plainant, and the defendants appeal.

Appeal dismissed because citation was not served
in the time required by law, and there is no appearance
by appellee.